Certificate Number: 05781-RI-DE-026402517

Bankruptcy Case Number: 15-11047



05781-RI-DE-026402517

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 21, 2015, at 12:03 o'clock PM PDT, Gerald Galleshaw completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Rhode Island.

Date:   October 21, 2015              By:   /s/Allison M Geving

                                       Name:   Allison M Geving

                                       Title:   President